IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-0273-RPM-KLM

ELMOSES BLACKWELL,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.
_____

ORDER VACATING ORDER OF REFERENCE
_____

    The plaintiff having filed a motion for partial summary judgment as to liability on November 6, 2013, [23], it is now

    ORDERED that the Order of Reference to Magistrate Judge Kristen L. Mix, dated February 4, 2013, [5] is vacated and it is

    FURTHER ORDERED that the pretrial conference date of January 29, 2014, in the Scheduling Order entered on June 11, 2013, [19] is vacated.

    DATED: November 7th, 2013

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior District Judge