IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-0273-RPM-KLM

ELMOSES BLACKWELL,

    Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____

ORDER GRANTING MOTION TO RESTRICT
_____

    Upon review of Defendant's unopposed motion to restrict Exhibit D to Document 25 at Level 1 [26], it is

    ORDERED that the motion is granted.

    DATED: December 4th, 2013

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge